**88-1442.** Deerfield Twp. Trustees v. Buckeye Fireworks. *Portage County,* No. 1711. *Sua sponte,* cause dismissed for want of prosecution, effective January 27, 1989.

**88-1823.** State v. Gibson. *Portage County,* No. 1738. *Sua sponte,* cause dismissed for want of prosecution, effective January 30, 1989.

**88-2113.** Buckhorn, Inc. v. Lumbermens Mut. Cas. Co. *Franklin County,* No. 88AP-135. Cause dismissed, on joint application of the parties, effective January 27, 1989.

**88-2142.** Packard v. Packard. *Mahoning County,* No. 86 C.A. 133. *Sua sponte,* cause dismissed for want of prosecution, effective January 27, 1989.

**88-2168.** Willett v. Willett. *Portage County,* No. 1924. *Sua sponte,* cause dismissed for want of prosecution, effective January 27, 1989.

**88-2204.** Mariemont v. Valentine. *Hamilton County,* No. C-870440. Cause dismissed, on application of counsel for appellant, effective January 30, 1989.